**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:     PRO FOUR DOORS AND         §     Case No. 14-38849-TAB
           LUMBER, INCORPOR           §
                                      §
Debtor(s)                             §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/20/2016 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/21/2015          By:   /s/Eugene Crane
                                        Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PRO FOUR DOORS AND LUMBER, INCORPOR    §    Case No. 14-38849-TAB
                                              §
                                              §
Debtor(s)                                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|   |   |
|---|---|
| *The Final Report shows receipts of* | $ 21,158.76 |
| *and approved disbursements of* | $ 21,158.76 |
| *leaving a balance on hand of* [1] | $ 0.00 |
| **Balance on hand:** | **$ 0.00** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,865.88 | 1,367.51 | 0.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 11,994.00 | 5,723.16 | 0.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 441.22 | 210.54 | 0.00 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,400.00 | 1,400.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 0.00 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,295.14 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 3,904.49 | 0.00 | 0.00 |
| 3P | Illinois Department of Employment Security | 1,390.65 | 0.00 | 0.00 |
| 4P | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,591.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Express Slats | 1,981.15 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 500.00 | 0.00 | 0.00 |
| 3U | Illinois Department of Employment Security | 110.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4U | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

Prepared By:  /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-38849-TAB
Pro Four Doors and Lumber, Incorporated                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2               Date Rcvd: Dec 22, 2015
                              Form ID: pdf006          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2015.
db            #Pro Four Doors and Lumber, Incorporated,    740 W. 138th St.,    Riverdale, IL  60827-1665
22563618     +BSF & L,    10933 S. central,    Oak Lawn, IL 60453-5086
22563619     +Ciecierski & Associates,    16107 S. park Ave.,    South Holland, IL 60473-1512
22563621     +David Anagnos,    3800 W. 85th Place,    Chicago, IL 60652-3710
22563622     +Express Slats,    17016 Canal St.,    South Holland, IL 60473-4700
22563624     +First Midwest Bank,    c/o Sullivan Hinks & Conway,    122 W. 22nd St., Suite 100,
               Oak Brook, IL 60523-1598
22563625     +GDS Garage Door Supplies,    7211 S. Lockwood,    Chicago, IL 60638-6521
22563627     +Rasco Industries,    5310 Shoreline Dr,    Mound, MN 55364-1630
22563628     +Sandrick Law Firms,    16475 Van Dam Rd.,    South Holland, IL 60473-2650
22563629     +Tricor,    678 E. Western,    Lombard, IL 60148-2005
22563631     +Wayne Dalton of Tinley Park,    8500 185th St.,    Tinley Park, IL 60487-9293
22563632     +Well Done Ornamental,    1232 W. Bryn Mawr,    Chicago, IL 60660-4206
22563633     +West Bend Mutual Insurance Co.,    1900 S. 18th St.,    West Bend, WI 53095-9791
22563635     +William Yuss and David Anagnos,    740 W. 138th St.,    Riverdale, IL 60827-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22563620     +E-mail/Text: legalcollections@comed.com Dec 23 2015 01:32:09      COMED,    2100 Swift Rd.,
               Attn : Bankruptcy Section,    Oak Brook, IL 60523-1559
22563623     +E-mail/Text: fmb.bankruptcy@firstmidwest.com Dec 23 2015 01:29:59      First Midwest Bank,
               One Pierce Place,    Suite 1500,    Itasca, IL 60143-1254
22563626      E-mail/Text: cio.bncmail@irs.gov Dec 23 2015 01:28:37      Internal Revenue Service,
               Kansas City, MO 64999
23207885     +E-mail/Text: des.claimantbankruptcy@illinois.gov Dec 23 2015 01:32:19
               Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
23352874      E-mail/Text: rev.bankruptcy@illinois.gov Dec 23 2015 01:29:22
               Illinois Department of Revenue,    Bankruptcy Section Suite 7-400,    PO BOX 64338,
               Chicago, IL. 60664-0338
22563630     +E-mail/Text: rmcbknotices@wm.com Dec 23 2015 01:32:29     Waste Management,    1411 Opus Place,
               Suite 400,    Downers Grove, IL 60515-1481
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22563617     ##+Achille RJ & Co.,    5351 N. Milwaukee Ave.,    Chicago, IL 60630-1222
22563634     ##+William Yuss,    11356 Morraine Drive,    Unit D,    Palos Hills, IL 60465-2643
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2015                                  Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2015 at the address(es) listed below:
              Eugene  Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              James J. Burns, Jr.    on behalf of Debtor 1   Pro Four Doors and Lumber, Incorporated
               bandwlaw@sbcglobal.net

```
District/off: 0752-1          User: lhuley              Page 2 of 2           Date Rcvd: Dec 22, 2015
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                             TOTAL: 4

Case 14-38849   Doc 43   Filed 12/22/15   Entered 12/24/15 23:45:46   Desc Imaged
Certificate of Notice   Page 6 of 6