# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: PRO FOUR DOORS AND LUMBER, INCORPOR § Case No. 14-38849-TAB
§
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $15,735.00      Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,301.22     Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $13,857.54

---

3) Total gross receipts of $ 21,158.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,158.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,301.22 | $7,301.22 | $7,301.22 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,857.43 | 21,857.43 | 13,857.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,353.22 | 5,295.14 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 317,161.92 | 2,713.33 | 2,591.15 | 0.00 |
| **TOTAL DISBURSEMENTS** | $317,161.92 | $37,225.20 | $37,044.94 | $21,158.76 |

4) This case was originally filed under Chapter 7 on October 27, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2016     By: /s/EUGENE CRANE
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5 client outstanding invoices | 1121-000 | 4,148.76 |
| Scissor lift with trailer and Stage fork lift, S | 1129-000 | 17,010.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,158.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sullivan Hincks & Conway | 4210-000 | N/A | 7,301.22 | 7,301.22 | 7,301.22 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,301.22** | **$7,301.22** | **$7,301.22** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,865.88 | 2,865.88 | 1,367.51 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 11,994.00 | 11,994.00 | 5,723.16 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 441.22 | 441.22 | 210.54 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 24.46 | 24.46 | 24.46 |
| American Auction Associates, Inc. | 3620-000 | N/A | 4,991.60 | 4,991.60 | 4,991.60 |
| Rabobank, N.A. | 2600-000 | N/A | 29.49 | 29.49 | 29.49 |
| Rabobank, N.A. | 2600-000 | N/A | 23.88 | 23.88 | 23.88 |
| Rabobank, N.A. | 2600-000 | N/A | 22.31 | 22.31 | 22.31 |
| Rabobank, N.A. | 2600-000 | N/A | 24.59 | 24.59 | 24.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,857.43 | $21,857.43 | $13,857.54 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | unknown | 3,904.49 | 3,904.49 | 0.00 |
| 3P | Illinois Department of Employment Security | 5800-000 | N/A | 1,390.65 | 1,390.65 | 0.00 |
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 58.08 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,353.22 | $5,295.14 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Express Slats | 7100-000 | 1,981.15 | 1,981.15 | 1,981.15 | 0.00 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 500.00 | 500.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3U | Illinois Department of Employment Security | 7100-000 | N/A | 110.00 | 110.00 | 0.00 |
| 4U | Illinois Department of Revenue | 7200-000 | N/A | 122.18 | 0.00 | 0.00 |
| NOTFILED | Rasco Industries | 7100-000 | 2,601.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandrick Law Firms | 7100-000 | 3,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 470.00 | N/A | N/A | 0.00 |
| NOTFILED | Tricor | 7100-000 | 182.14 | N/A | N/A | 0.00 |
| NOTFILED | William Yuss | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | West Bend Mutual Insurance Co. | 7100-000 | 766.00 | N/A | N/A | 0.00 |
| NOTFILED | GDS Garage Door Supplies | 7100-000 | 15,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Well Done Ornamental | 7100-000 | 2,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Wayne Dalton of Tinley Park | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Ciecierski & Associates | 7100-000 | 3,700.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank c/o Sullivan Hinks & Conway | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Achille RJ & Co. | 7100-000 | 16,500.00 | N/A | N/A | 0.00 |
| NOTFILED | BSF & L | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank One Pierce Place | 7100-000 | 254,111.63 | N/A | N/A | 0.00 |
| NOTFILED | COMED | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | David Anagnos | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $317,161.92 | $2,713.33 | $2,591.15 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-38849-TAB  
**Case Name:** PRO FOUR DOORS AND LUMBER, INCORPOR  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 10/27/14 (f)  
**§341(a) Meeting Date:** 12/09/14  

**Period Ending:** 04/28/16  
**Claims Bar Date:** 04/23/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account - Fifth Third Bank.<br>Imported from original petition Doc# 1 | 235.00 | 235.00 | | 0.00 | FA |
| 2 | 5 client outstanding invoices<br>Imported from original petition Doc# 1 | 5,200.00 | 5,200.00 | | 4,148.76 | FA |
| 3 | 1999 Ford Cab Chass Truck<br>Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 4 | 2000 Chevrolet 3500 Truck with tool and rack wit<br>Imported from original petition Doc# 1 | 7,000.00 | 7,000.00 | | 0.00 | FA |
| 5 | 2000 Chevrolet 3500 truck with tool box and rack<br>Imported from original petition Doc# 1 | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 6 | Office equipment<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 7 | Scissor lift with trailer and Stage fork lift, S<br>Imported from original petition Doc# 1 | 65,000.00 | 65,000.00 | | 17,010.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$85,935.00** | **$85,935.00** | | **$21,158.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2016: Filed Motion to Abandon computers/records, hearing on 04/05. Will file TDR (dk)

12/21/2015: TFR filed with Court; hearing on 01/20/2016 at 10:30am J-Barnes (dk)

11/18/2015: Final Report filed with USTO for review (dk)

11/04/2015: Order entered to pay Lois West her accounting fees; checks cut (dk)

10/28/2015: Order entered to distribute funds in estate for Admin expenses, lien (dk)

09/24/2015: Motion filed to Distribute proceeds of auction (after payment to acct, split proceeds with bank); phone number is now property of someone else, so abandoned as an asset (dk)

05/05/2015: One of the principals wants to buy goodwill (Phone number domain name, name of co.); have asked other principal for an offer as well (dk)

04/21/2015: Accountant retained. (dk)

04/14/2015: Auction held, sale of assets (dk)

01/15/2015: Auctioneer will inventory assets (dk)

12/30/2014: Review lien documents; lien holder First Midwest Bank OK with auction and carve out of fees/expenses BUT is there equity? (dk)

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-38849-TAB  **Trustee:** (330350) EUGENE CRANE
**Case Name:** PRO FOUR DOORS AND LUMBER, INCORPOR  **Filed (f) or Converted (c):** 10/27/14 (f)
  **§341(a) Meeting Date:** 12/09/14
**Period Ending:** 04/28/16  **Claims Bar Date:** 04/23/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** February 28, 2016     **Current Projected Date Of Final Report (TFR):** December 21, 2015  (Actual)

Printed: 04/28/2016 03:47 PM     V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-38849-TAB  
**Case Name:** PRO FOUR DOORS AND LUMBER, INCORPOR  
**Taxpayer ID #:** **-***1590  
**Period Ending:** 04/28/16  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/15 | {2} | Nanette Gardner | Accounts receivable | 1121-000 | 100.00 | | 100.00 |
| 01/20/15 | {2} | Candace Calhoun Watkins | Accounts receivable | 1121-000 | 148.43 | | 248.43 |
| 01/20/15 | {2} | 221 S Leavitt Condo Association | Accounts receivable | 1121-000 | 180.00 | | 428.43 |
| 01/20/15 | {2} | Dober Chemical Corporation | Accounts receivable | 1121-000 | 255.00 | | 683.43 |
| 01/20/15 | {2} | JRJ ADA, LLC | Accounts receivable | 1121-000 | 345.33 | | 1,028.76 |
| 01/20/15 | {2} | Treasurer of Schools, Thornton TWP. 36, Rge 14 | Accounts receivable | 1121-000 | 750.00 | | 1,778.76 |
| 01/20/15 | {2} | KRAK Corporation of Illinois | Accounts receivable | 1121-000 | 2,370.00 | | 4,148.76 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,138.76 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,128.76 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,118.76 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,108.76 |
| 05/05/15 | {7} | American Auction Associates, Inc. | Gross receipts from auction sale of assets | 1129-000 | 17,010.00 | | 21,118.76 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.46 | 21,094.30 |
| 06/11/15 | 101 | American Auction Associates, Inc. | Payment of Expenses for Auction sale; approved per Court Order 06/09/2015 | 3620-000 | | 4,991.60 | 16,102.70 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.49 | 16,073.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.88 | 16,049.33 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.31 | 16,027.02 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.59 | 16,002.43 |
| 11/04/15 | 102 | Popowcer Katten, Ltd. | Accountant fees for preparation of Federal and State income taxes; Court Order entered 11/03/2015 | 3410-000 | | 1,400.00 | 14,602.43 |
| 11/04/15 | 103 | Sullivan Hincks & Conway | First Midwest Bank N.A. Lien Payment Per Court Order entered 10/27/2015 | 4210-000 | | 7,301.22 | 7,301.21 |
| 11/05/15 | 104 | EUGENE CRANE | Dividend paid 47.71% on $2,865.88, Trustee Compensation; per Court Order entered 10/27/2015 | 2100-000 | | 1,367.51 | 5,933.70 |
| 11/05/15 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 47.71% on $11,994.00, Attorney for Trustee Fees (Trustee Firm); Per Court Order entered 10/27/2015 | 3110-000 | | 5,723.16 | 210.54 |
| 11/05/15 | 106 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 47.71% on $441.22, Attorney for Trustee Expenses (Trustee Firm); Per Court Order entered on 10/27/2015 | 3120-000 | | 210.54 | 0.00 |

Subtotals : $21,158.76   $21,158.76

{} Asset reference(s)

Printed: 04/28/2016 03:47 PM   V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-38849-TAB  
**Case Name:** PRO FOUR DOORS AND LUMBER, INCORPOR  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6666 - Checking Account  

**Taxpayer ID #:** **-***1590  
**Period Ending:** 04/28/16  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 21,158.76 | 21,158.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,158.76 | 21,158.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,158.76** | **$21,158.76** | |

Net Receipts :        21,158.76  
─────────────  
Net Estate :          $21,158.76

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6666** | 21,158.76 | 21,158.76 | 0.00 |
| | **$21,158.76** | **$21,158.76** | **$0.00** |

{} Asset reference(s)

Printed: 04/28/2016 03:47 PM     V.13.25